IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br>vs.<br><br>SANTANA HANSEN,<br><br>                      Defendant. | 4:16CR3056<br><br>ORDER |

IT IS ORDERED:

1) Defendant's unopposed motion to review detention, (Filing No. 56), is granted.

2) Defendant shall comply with all terms and conditions of supervised release except as follows:

       Defendant shall be released to reside at The Bridge, Hastings, Nebraska and participate in that facility's treatment program. The defendant shall fully comply with the requirements of defendant's treatment plan and all rules of The Bridge. If the defendant is discharged from the facility for any reason whatsoever, or leaves the premises of the facility without authorization, Defendant shall promptly report to the supervising officer or to any law enforcement officer. In addition, irrespective of whether Defendant self-reports upon discharge or leaving the facility, the United States Marshal, and/or any law enforcement officer is ordered to take the defendant into custody and detain the defendant pending a prompt hearing before the court.

3) Defendant shall arrive at The Bridge, Hastings, Nebraska by 12:00 (noon) on May 24, 2024. The Marshal shall release Defendant to Tonya Hansen on May 24, 2024 at 10:30 a.m. for timely transport to the facility.

Dated this 21st day of May, 2024.

BY THE COURT:

*s/ Jacqueline M. DeLuca*
United States Magistrate Judge